# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CASEY STOERMER, :

    Petitioner,                                           Case No. 3:20-cv-133

- vs -                                                District Judge Thomas M. Rose
                                                        Magistrate Judge Michael R. Merz

WARDEN, London Correctional Institution,

    Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 24), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, Petitioner's Motion for Reconsideration (ECF No. 23) is DENIED. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

       **DONE** and **ORDERED** in Dayton, Ohio, this 13th day of January, 2021.

                                                                      *s/Thomas M. Rose

                                                                        Thomas M. Rose
                                                                  United States District Judge